Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949)464-8529
BabakHashemiLaw@gmail.com

Attorney for Plaintiff: JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RYU REAL ESTATE HOLDINGS, LP, a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | CASE No: 5:19-cv-02464-DSF-KK<br><br>NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JAMES RUTHERFORD ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Plaintiff has reached a full and final confidential settlement with Defendant and have agreed that each party shall bear his, their or its own costs and attorneys' expenses. Defendant

Case No. 5:19-cv-02464

1

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

has not filed an answer to Plaintiff's Complaint and no cross-claims have been advanced by Defendant, either individually or collectively.

Respectfully Submitted.

Dated: April 2, 2020              **LAW OFFICES OF BABAK HASHEMI, ESQ.**

                                  By:   /s/ *Babak Hashemi*
                                        Babak Hashemi, Esq.
                                        Attorney for Plaintiff

LAW OFFICES OF BABAK HASHEMI, ESQ.
20062 SW BIRCH ST., STE. 200
NEWPORT BEACH, CALIFORNIA 92660

# CERTIFICATE OF SERVICE

I certify that on April 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's representative in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

DATED: April 2, 2020  **LAW OFFICES OF BABAK HASHEMI**

By: /s/*Babak Hashemi*
Babak Hashemi, Esq.
Attorney for Plaintiff